PHILLIP A. TALBERT
United States Attorney
OWEN ROTH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:17-CR-00124 TLN |
|---|---|
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER |
| v. | |
| EMMANUEL DIAZ-ESCADENO, | DATE: September 21, 2017 |
| Defendant. | TIME: 10:00 a.m.<br>COURT: Hon. Troy L. Nunley |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and Defendant, by and through Defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was first set for a status conference on September 21, 2017. By this stipulation, the parties now move to continue the status conference until October 26, 2017, and to exclude time between September 21, 2017, and October 26, 2017, under Local Code T4.

2. The parties agree and stipulate, and request that the Court find the following:

 a) The Government represents that the discovery associated with this case presently comprises a series of reports comprising a series of reports and photographs. The Government has made the discovery available to defense counsel for review, but needs to produce it to defense counsel. The Government anticipates making that production by September 22.

 b) Counsel for Defendant desires time to review the discovery for this matter, as well

as to conduct additional investigation and research concerning the charges and to consult with Defendant about the foregoing and potential methods of resolution.

c) Counsel for Defendant submits that failure to grant the requested continuance would deny her reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Government does not dispute this submission.

d) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and Defendant in a trial within the original date prescribed by the Speedy Trial Act.

e) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of September 21, 2017 to October 26, 2017, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at Defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and Defendant in a speedy trial.

3. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: September 18, 2017  PHILLIP A. TALBERT
United States Attorney

/s/ OWEN ROTH
OWEN ROTH
Assistant United States Attorney

Dated: September 18, 2017  /s/ NOA OREN
NOA OREN
Counsel for Defendant
EMMANUEL DIAZ-ESCADENO

**FINDINGS AND ORDER**

IT IS SO FOUND AND ORDERED this 18th day of September, 2017.

_____
Troy L. Nunley
United States District Judge