1  HEATHER E. WILLIAMS, #122664
   Federal Defender
2  NOA E. OREN, #297100
   Assistant Federal Defender
3  Designated Counsel for Service
   801 I Street, 3rd Floor
4  Sacramento, CA 95814
   Telephone: (916) 498-5700
5  Fax: (916) 498-5710

6  Attorneys for Defendant
   EMMANUEL DIAZ-ESCADENO

7
                 IN THE UNITED STATES DISTRICT COURT
8
                FOR THE EASTERN DISTRICT OF CALIFORNIA
9

10
   UNITED STATES OF AMERICA,        ) Case No.  2:17-cr-00124-TLN
11                                   )
                   Plaintiff,        ) **STIPULATION AND ORDER TO**
12                                   ) **CONTINUE STATUS CONFERENCE AND**
   vs.                               ) **EXCLUDE TIME**
13                                   )
   EMMANUEL DIAZ-ESCADENO,           )
14                                   ) Date:   October 26, 2017
                   Defendant.        ) Time:  10:00 a.m.
15                                   ) Judge: Hon. Troy L. Nunley
                                     )
16 _____

17       IT IS HEREBY STIPULATED by and between Phillip A. Talbert, United States

18 Attorney, through Owen Roth, Assistant United States Attorney, attorney for Plaintiff, and

19 Heather Williams, Federal Defender, through Assistant Federal Defender Noa E. Oren, attorney

20 for Emmanuel Diaz-Escadeno, that the status conference scheduled for October 26, 2017 be

21 vacated and be continued to December 14, 2017 at 10:00 a.m..

22       Defense counsel requires additional time to review records with Mr. Diaz-Escadeno and

23 pursue investigation. The parties agree that December 14, 2017 represents the best next date for a

24 status conference.  It is anticipated that Ms. Oren will be on maternity leave until February 2018

25 so Assistant Federal Defender Linda Allison will be joining the defense team.  She will need

26 time to familiarize herself with the case.

27       Based upon the foregoing, the parties agree time under the Speedy Trial Act should be

28

excluded from this order's date through and including December 14, 2017, pursuant to 18

U.S.C. §3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare] and General Order 479, Local

Code T4 based upon continuity of counsel and defense preparation.

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: October 19, 2017          */s/ Noa E. Oren*
NOA E. OREN
Assistant Federal Defender
Attorneys for Defendant
EMMANUEL DIAZ-ESCADENO

Date: October 19, 2017          PHILLIP A. TALBERT
United States Attorney

*/s/ Owen Roth*
OWEN ROTH
Assistant U.S. Attorney
Attorney for Plaintiff

<u>ORDER</u>

IT IS HEREBY ORDERED, the Court, having received, read, and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order. The Court specifically finds the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court finds the ends of justice are served by granting the requested continuance and outweigh the best interests of the public and defendant in a speedy trial.

The Court orders the time from the date the parties stipulated, up to and including December 14, 2017, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and(B)(iv) [reasonable time for counsel to prepare] and General Order 479, (Local Code T4). **It is further ordered the October 26, 2017 status conference shall be continued until December 14, 2017, at 10:00 a.m. before Judge Troy L. Nunley.**

Dated: October 19, 2017

Troy L. Nunley
United States District Judge