| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, #122664<br>Federal Defender |
| 2 | LINDA C ALLISON, #179741<br>Assistant Federal Defender |
| 3 | Designated Counsel for Service<br>801 I Street, 3rd Floor |
| 4 | Sacramento, CA 95814<br>Telephone: (916) 498-5700 |
| 5 | Fax: (916) 498-5710 |
| 6 | Attorneys for Defendant<br>EMMANUEL DIAZ-ESCADENO |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 2:17-cr-00124-TLN |
| Plaintiff, | ) ) | **STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE AND EXCLUDE TIME** |
| vs. | ) ) | |
| EMMANUEL DIAZ-ESCADENO, | ) ) | Date: December 14, 2017 |
| Defendant. | ) ) ) | Time: 9:30 a.m.<br>Judge: Hon. Troy L. Nunley |

IT IS HEREBY STIPULATED by and between Phillip A. Talbert, United States Attorney, through Owen Roth, Assistant United States Attorney, attorney for Plaintiff, and Heather Williams, Federal Defender, through Assistant Federal Defender Linda C. Allison, attorney for Emmanuel Diaz-Escadeno, that the status conference scheduled for December 14, 2017 be vacated and be continued to February 8, 2018 at 9:30 a.m..

Defense counsel requires additional time to review and discuss plea negotiations with Mr. Diaz-Escadeno and continue with an investigation. The parties agree that February 8, 2018 represents the best next date for a status conference.

Based upon the foregoing, the parties agree time under the Speedy Trial Act should be excluded from this order's date through and including February 8, 2018, pursuant to 18 U.S.C. §3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare] and General Order 479, Local Code T4

based upon continuity of counsel and defense preparation.

                                      Respectfully submitted,

                                      HEATHER E. WILLIAMS
                                      Federal Defender

Date: December 6, 2017                 */s/* Linda C. Allison
                                      LINDA C. ALLISON
                                      Assistant Federal Defender
                                      Attorneys for Defendant
                                      EMMANUEL DIAZ-ESCADENO

Date: December 6, 2017                 PHILLIP A. TALBERT
                                      United States Attorney

                                      */s/ Owen Roth*
                                      OWEN ROTH
                                      Assistant U.S. Attorney
                                      Attorney for Plaintiff

| | |
|---|---|
| 1 | <u>ORDER</u> |
| 2 | IT IS HEREBY ORDERED, the Court, having received, read, and considered the parties' |
| 3 | stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as |
| 4 | its order. The Court specifically finds the failure to grant a continuance in this case would deny |
| 5 | counsel reasonable time necessary for effective preparation, taking into account the exercise of |
| 6 | due diligence. The Court finds the ends of justice are served by granting the requested |
| 7 | continuance and outweigh the best interests of the public and defendant in a speedy trial. |
| 8 | The Court orders the time from the date the parties stipulated, up to and including |
| 9 | December 14, 2017, shall be excluded from computation of time within which the trial of this |
| 10 | case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) |
| 11 | and(B)(iv) [reasonable time for counsel to prepare] and General Order 479, (Local Code T4). **It** |
| 12 | **is further ordered the December 14, 2017 status conference shall be continued until** |
| 13 | **February 8, 2018, at 9:30 a.m. before Judge Troy L. Nunley.** |

Dated: December 7, 2017

_____
Troy L. Nunley
United States District Judge