| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, #122664<br>Federal Defender |
| 2 | LINDA C ALLISON, #179741<br>Assistant Federal Defender |
| 3 | Designated Counsel for Service<br>801 I Street, 3rd Floor |
| 4 | Sacramento, CA 95814<br>Telephone: (916) 498-5700 |
| 5 | Fax: (916) 498-5710 |
| 6 | Attorneys for Defendant<br>EMMANUEL DIAZ-ESCADENO |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 2:17-cr-00124-TLN |
| | ) | |
| Plaintiff, | ) | **STIPULATION AND ORDER TO** |
| | ) | **CONTINUE CHANGE OF PLEA HEARING** |
| vs. | ) | **AND EXCLUDE TIME** |
| | ) | |
| EMMANUEL DIAZ-ESCADENO, | ) | |
| | ) | Date: July 12, 2018 |
| Defendant. | ) | Time: 9:30 a.m. |
| | ) | Judge: Hon. Troy L. Nunley |
| | ) | |

IT IS HEREBY STIPULATED by and between McGregor W. Scott, United States Attorney, through Owen Roth, Assistant United States Attorney, attorney for Plaintiff, and Heather Williams, Federal Defender, through Assistant Federal Defender Linda C. Allison, attorney for Emmanuel Diaz-Escadeno, that the status conference/change of plea hearing scheduled for July 12, 2018 be vacated and be continued to August 30, 2018 at 9:30 a.m..

Defense counsel will currently be out on medical leave until the end of July 2018 and will require additional time to review the proposed plea agreement and discuss plea negotiations with the her client.

Based upon the foregoing, the parties agree time under the Speedy Trial Act should be excluded from this order's date through and including August 30, 2018, pursuant to 18 U.S.C.

///

1 / / /

2 §3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare] and General Order 479, Local Code T4

3 based upon continuity of counsel and defense preparation.

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: May 24, 2018 /s/ Linda C. Allison
LINDA C. ALLISON
Assistant Federal Defender
Attorneys for Defendant
EMMANUEL DIAZ-ESCADENO

Date: May 24, 2018 McGREGOR W. SCOTT
United States Attorney

/s/ Owen Roth
OWEN ROTH
Assistant U.S. Attorney
Attorney for Plaintiff

ORDER

IT IS HEREBY ORDERED, the Court, having received, read, and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order. The Court specifically finds the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds the ends of justice are served by granting the requested continuance and outweigh the best interests of the public and defendant in a speedy trial.

The Court orders the time from the date the parties stipulated, up to and including August 30, 2018, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and(B)(iv) [reasonable time for counsel to prepare] and General Order 479, (Local Code T4). **It is further ordered the July 12, 2018 status conference/change of plea hearing shall be continued until August 30, 2018, at 9:30 a.m. before Judge Troy L. Nunley.**

Dated: May 25, 2018

Troy L. Nunley
United States District Judge