1  HEATHER E. WILLIAMS, #122664
   Federal Defender
2  LINDA C ALLISON, #179741
   Assistant Federal Defender
3  Designated Counsel for Service
   801 I Street, 3rd Floor
4  Sacramento, CA 95814
   Telephone: (916) 498-5700
5  Fax: (916) 498-5710

6  Attorneys for Defendant
   EMMANUEL DIAZ-ESCADENO

7

IN THE UNITED STATES DISTRICT COURT

8

FOR THE EASTERN DISTRICT OF CALIFORNIA

9

10

| UNITED STATES OF AMERICA, | ) Case No. 2:17-cr-00124-TLN |
|---|---|
| Plaintiff, | ) **STIPULATION AND ORDER TO** |
| | ) **CONTINUE CHANGE OF PLEA HEARING** |
| vs. | ) **AND EXCLUDE TIME** |
| | ) |
| EMMANUEL DIAZ-ESCADENO, | ) |
| | ) Date: August 30, 2018 |
| Defendant. | ) Time: 9:30 a.m. |
| | ) Judge: Hon. Troy L. Nunley |
| | ) |

17  IT IS HEREBY STIPULATED by and between McGregor W. Scott, United States

18  Attorney, through James Conolly, Assistant United States Attorney, attorney for Plaintiff, and

19  Heather Williams, Federal Defender, through Assistant Federal Defender Linda C. Allison,

20  attorney for Emmanuel Diaz-Escadeno, that the status conference/change of plea hearing

21  scheduled for August 30, 2018 be vacated and be continued to September 20, 2018 at 9:30 a.m..

22  Defense counsel needs additional time to discuss the proposed plea agreement with the

23  government and discuss plea negotiations with her client.

24  Based upon the foregoing, the parties agree time under the Speedy Trial Act should be

25  excluded from this order's date through and including September 20, 2018, pursuant to 18

26  / / /

27  / / /

28

Stipulation and Order to Continue the Status Conference        -1-        *U.S. v. Diaz-Escadeno*, 2:17-cr-00124-TLN

U.S.C. §3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare] and General Order 479, Local Code T4 based upon continuity of counsel and defense preparation.

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: August 28, 2018  */s/* Linda C. Allison
LINDA C. ALLISON
Assistant Federal Defender
Attorneys for Defendant
EMMANUEL DIAZ-ESCADENO

Date: August 28, 2018  McGREGOR W. SCOTT
United States Attorney

*/s/ James Conolly*
JAMES CONOLLY
Assistant U.S. Attorney
Attorney for Plaintiff

ORDER

IT IS HEREBY ORDERED, the Court, having received, read, and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order. The Court specifically finds the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds the ends of justice are served by granting the requested continuance and outweigh the best interests of the public and defendant in a speedy trial.

The Court orders the time from the date the parties stipulated, up to and including September 20, 2018, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and(B)(iv) [reasonable time for counsel to prepare] and General Order 479, (Local Code T4). **It is further ordered the August 30, 2018 status conference/change of plea hearing shall be continued until September 20, 2018, at 9:30 a.m. before Judge Troy L. Nunley.**

Dated: August 28, 2018

_____
Troy L. Nunley
United States District Judge

Stipulation and Order to Continue the Status Conference      -3-      *U.S. v. Diaz-Escadeno*, 2:17-cr-00124-TLN