| | |
|---|---|
| 1<br>2<br>3<br>4<br>5 | MCGREGOR W. SCOTT<br>United States Attorney<br>JAMES R. CONOLLY<br>Assistant United States Attorney<br>501 I Street, Suite 10-100<br>Sacramento, CA 95814<br>Telephone: (916) 554-2700<br>Facsimile: (916) 554-2900 |
| 6<br>7 | Attorneys for Plaintiff<br>United States of America |

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>EMMANUEL DIAZ-ESCADENO,<br><br>Defendant. | CASE NO. 2:17-CR-124-TLN<br><br>STIPULATION TO CONTINUE STATUS CONFERENCE AND EXCLUDE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER<br><br>DATE: January 3, 2019<br>TIME: 9:30 a.m.<br>COURT: Hon. Troy L. Nunley |

**STIPULATION**

1. By previous order, this matter was set for Status Conference/Change of Plea on January 3, 2019.

2. By this stipulation, counsel for the United States and counsel for defendant Emmanuel Diaz-Escadeno move to continue the status conference until January 24, 2019, at 9:30 a.m., and to exclude time between January 3, 2019, and January 24, 2019, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

a) Defense counsel needs additional time to discuss the proposed plea agreement with her client and the government. To the extent that review of the agreement with her client requires reference to discovery produced in this case, defense counsel also requires time to review discovery from the government.

b) Counsel for defendants believe that failure to grant the above-requested continuance would deny counsel the reasonable time necessary for effective preparation, taking

STIPULATION TO CONTINUE STATUS AND EXCLUDE
TIME; FINDINGS AND ORDER

1

into account the exercise of due diligence.

    c)    Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendants in a trial within the original date prescribed by the Speedy Trial Act.

    d)    For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of January 3, 2019 to January 24, 2019, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendants' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4.    Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: January 2, 2019

M<small>C</small>GREGOR W. SCOTT
United States Attorney

/s/ *James R. Conolly*
JAMES R. CONOLLY
Assistant United States Attorney

Dated: January 2, 2019

/s/ *Linda C. Allison*
LINDA C. ALLISON
Assistant Federal Defender
Counsel for Defendant
EMMANUEL DIAZ-ESCADENO

## FINDINGS AND ORDER

IT IS HEREBY ORDERED, the Court, having received, read, and considered the parties' stipulation, and good cause appearing therefore, adopts the parties' stipulation in its entirety as its order. The Court specifically finds the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds the ends of justice are served by granting the requested continuance and outweigh the best interests of the public and defendant in a speedy trial.

The Court orders the time from the date the parties stipulated, up to and including January 24, 2019, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) (Local Code T4). It is further ordered that the January 3, 2019 status conference shall be continued until January 24, 2019, at 9:30 a.m.

IT IS SO FOUND AND ORDERED this 2nd day of 2019.

Troy L. Nunley
United States District Judge